# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEBORAH HITE,** : | |
| Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | **No. 17-131** |
| : | |
| **MANOR JUNIOR COLLEGE, d/b/a** : | |
| **MANOR COLLEGE, and JOHN DEMPSTER** : | |
| Defendants. : | |

## ORDER

This 29th day of March, 2018, upon consideration of Defendants' Motion for Summary Judgment (ECF Nos. 14, 19) and Plaintiff's response (ECF No. 18), it is hereby **ORDERED** that Defendants' Motion is **GRANTED** in part and **DENIED** in part.

Defendants' Motion is **GRANTED** as to Plaintiff's retaliation claims only (Counts Five and Six), on which there was no opposition, and **DENIED** as to Plaintiff's remaining claims for hostile work environment (Counts One and Two) and disparate treatment (Counts Three and Four).

    /s/ Gerald Austin McHugh
United States District Judge